This is to advise that on October 26, 2010

Judge Donald C. Pogue

Issued CONFIDENTIAL Slip Opinion 10-122

In action

Ct. No. 09-00537

Thai Plastic Bags Industries Co., et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Polyethylene Retail Carrier Bag Committee, et al.,
(Defendant - Intervenors.)